UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.: 17-17420 |
| Zenia L. Sajulga | ) | |
| Cajetan Sajulga, III, | ) | Chapter: 13 |
| | ) | Honorable Janet S. Baer |
| | ) | Kane |
| Debtor(s) | ) | |

## ORDER GRANTING RELIEF FROM AUTOMATIC STAY

This cause coming to be heard upon the Motion for Relief from Automatic Stay filed by JPMorgan Chase Bank, National Association (the "Movant"), due notice having been given to all parties entitled thereto, and the Court being fully advised in the premises:

IT IS HEREBY ORDERED that the automatic stay against the Movant be and the same is modified pursuant to section 362(d) of the United States Bankruptcy Code and the Movant and its successors and assignees may proceed with any and all proceedings in connection with the property commonly known as 15 S Lodge Lane, Lombard, Illinois 60148 (Property).

IT IS FURTHER ORDERED that the Movant's proof of claim providing for the payment of current mortgage payments or payment of pre-petition arrearages in connection with the subject Property is withdrawn as to any unpaid portion thereof for the purpose of this bankruptcy proceeding only.

IT IS FURTHER ORDERED that the 14-day stay provision of Rule 4001(a)(3) of the Federal Rules of Bankruptcy Procedure is hereby waived.

Enter: /s/ Janet S. Baer

Honorable Janet S. Baer
United States Bankruptcy Judge

Dated: October 20, 2017

**Prepared by:**

FAIQ MIHLAR (#6274089)
HEATHER M. GIANNINO (#6299848)
AMANDA J. DOYLE (#6320552)
ZHIQI WU (#6324870)
HEAVNER, BEYERS & MIHLAR, LLC
Attorneys at Law
P.O. Box 740
Decatur, IL 62525
Telephone: (217) 422-1719
Facsimile: (217) 422-1754