UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.:   17-17420 |
| Cajetan Sajulga, III | ) | |
| Zenia L Sajulga | ) | Chapter:  13 |
| | ) | Honorable Janet S. Baer |
| | ) | |
| | ) | Kane |
| Debtor(s) | ) | |

**ORDER MODIFYING THE PLAN POST-CONFIRMATION**

THIS MATTER coming to be heard on the DEBTORS' MOTION TO MODIFY, the Court having jurisdiction and being duly advised in the premises, and due notice having been given to all parties in interest,

IT IS HEREBY ORDERED THAT:

1. The Debtors' plan is modified post-confirmation by increasing the plan payment to $1,395 a month, beginning January 2020, until the end of the plan and by deferring the current trustee default to the end of the plan.

2. The plan base shall remain the same.

Enter: *Janet S. Baer*

Honorable Janet S. Baer
United States Bankruptcy Judge

Dated:  January 17, 2020

**Prepared by:**

David H. Cutler, esq.
Counsel for Debtor(s):
Cutler & Associates, Ltd,
4131 Main St.
Skokie, IL 60076
Phone: (847) 673-8600